UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 18-1934-JGB-KK** | Date: | December 9, 2019 |

Title: *David A. Flynn v. Commissioner of Social Security* Administration

---

Present: The Honorable   KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Why Action Should Not Be Dismissed For Failure to Prosecute and Comply With Court Orders

## I.
## BACKGROUND

On September 11, 2018, Plaintiff David A. Flynn ("Plaintiff") filed a Complaint challenging the denial of his applications for Disability Insurance Benefits and/or Title XVI Supplemental Security Income by the Commissioner of the Social Security Administration ("Defendant"). ECF Docket No. ("Dkt.") 1.

On September 13, 2018, the Court issued a Case Management Order ("CMO") setting various dates, including the date by which Plaintiff was required to serve his portion of a Joint Stipulation on Defendant and the date by which the parties were to file a Joint Stipulation with the Court. Dkt. 6.

On April 22, 2019, Defendant filed an Answer to the Complaint and lodged a copy of the Certified Administrative Record with the Court. Dkts. 16, 17. See dkt. 8, CMO. On September 13, 2019, the Court granted the parties' second stipulation for extension of time to file the Joint Stipulation. Dkts. 19, 21. Accordingly, Plaintiff was required to serve his portion of the Joint Stipulation on Defendant no later than October 10, 2019 and the Joint Stipulation should have been filed on December 5, 2019. See dkt. 21.

As of the date of this Order, a Joint Stipulation has not been filed and the parties have not requested an additional extension of time to do so. On December 6, 2019, Defendant filed a Notice

and Declaration of Non-Receipt of Plaintiff's Portion of the Joint Stipulation. Dkt. 22. Counsel for Defendant states she emailed Plaintiff on November 10, 2019 advising him that she had not received his portion of the Joint Stipulation and requesting an update, but she has not received any response from Plaintiff. Id., Declaration of Lara A. Bradt at ¶ 4.

## II.
## DISCUSSION

Under Federal Rule of Civil Procedure 41(b) ("Rule 41(b)"), the Court may dismiss an action with prejudice for failure to prosecute or failure to comply with any court order. See Fed. R. Civ. P. 41(b).

Here, Plaintiff has failed to serve his portion of the Joint Stipulation as ordered by the Court on September 13, 2019. Consequently, under Rule 41(b), the Court may properly dismiss the instant action with prejudice for failure to prosecute and comply with a court order. Before dismissing this action, however, the Court will afford Plaintiff an opportunity to explain the failure and immediately serve his portion of the Joint Stipulation.

## III.
## ORDER

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with court orders. Plaintiff shall have up to and including **December 30, 2019**, to respond to this Order. **Plaintiff is cautioned that failure to timely file a response to this Order will be deemed by the Court consent to the dismissal of this action without prejudice.**

**IT IS SO ORDERED.**